UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THOMAS LUTZO, and CARL ARTHUR RENOWITZKY, aka CARL A.R. HITLER,<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK, et al.,<br><br>Defendants. | Case No. 19-cv-07214-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiffs Lutzo and Renowitzky filed a "Petition Complaint." (Dkt. No. 1.) The Clerk sent plaintiffs a notice to pay the filing fee of $400.00, or file a complete application to proceed *in forma pauperis* (IFP). Plaintiffs have not complied with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Plaintiff Lutzo alone filed an amended complaint. (Dkt. No. 8.) For this reason and because of the difficulties created by having more than one prisoner-plaintiff, plaintiff Renowitzky is DISMISSED as a plaintiff in this action. If he wishes to raise claims arising from the same facts as plaintiff Lutzo, he must file a separate civil rights suit.

Because this dismissal is without prejudice, Lutzo may move to reopen. Any such motion must contain a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** January 22, 2020



WILLIAM H. ORRICK
United States District Judge