1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   ZACHARY THOMAS LUTZO,                     Case No. 19-cv-07214-WHO (PR)

8                Plaintiff,

                                            **ORDER OF DISMISSAL**
9         v.

10   ARAMARK, et al.,

11                Defendants.

12

United States District Court
Northern District of California

13      Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days

14   ago.  Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to

15   keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and

16   because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).  Because this

17   dismissal is without prejudice, plaintiff may move to reopen the action.

18      The Clerk shall terminate all pending motions, enter judgment in favor of

19   defendants, and close the file.

20      The Clerk shall also terminate Carl Arthur Renowitzky as a plaintiff in this action.

21   He was terminated as a party by a prior order.  (Order of Dismissal, Dkt. No. 9 at 1.)

22      **IT IS SO ORDERED.**

23    **Dated:**  September 15, 2020



24   _____
    WILLIAM H. ORRICK

25                                        United States District Judge

26

27

28